Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 23 PM 3:30
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA
BY:

SUMNER D. BEARMAN, Individually
and on Behalf of All Others Similarly
Situated,                Plaintiff
vs
BANK OF AMERICA CORPORATION;
BANC OF AMERICA INVESTMENT
SERVICES, INC.; and BANC OF AMERICA
SECURITIES LLC,
                Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1115 J WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

EILEEN L. McGEEVER    SBN 62076    (760) 438-6855
RUSHALL & McGEEVER
6100 INNOVATION WAY
CARLSBAD, CA 92009

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.          JUN 2 3 2008
CLERK                           DATE

By  LLOYD , Deputy Clerk

Summons in a Civil Action .

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)