1 | JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
2 | MILBERG LLP
One California Plaza
3 | 300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
4 | Telephone: (213) 617-1200
Facsimile: (213) 617-1975

JEROME M. CONGRESS
jcongress@milberg.com
KENT A. BRONSON
kbronson@milberg.com
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300

GEORGE A. SHOHET (SBN 112697)
georgeshohet@gmail.com
LAW OFFICES OF GEORGE A. SHOHET,
   A PROFESSIONAL CORPORATION
245 Main Street, Suite 310
Venice, CA 90291
Telephone: (310) 452-3176

*Proposed Lead Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMNER D. BEARMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANC OF AMERICA INVESTMENT SERVICES, INC., and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | CASE NO. 08-cv-1115-DMS -WMC<br><br>AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL<br><br>DATE:    September 12, 2008<br>TIME:    1:30 p.m.<br>CTRM:   10<br>JUDGE:  Dana M. Sabraw |

PLEASE TAKE NOTICE that Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit, as Trustees for the Benefit of The Streit Living Trust ("Movants") submitted a Memorandum of Law, an Order, and the Declaration of Jeff S. Westerman in support of this Motion on July 21, 2008.  Movants, by their counsel, hereby move this Court on September 12, 2008, for an order: (i) consolidating the above-captioned action with any other related actions for all purposes pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Hanoch Ben-Tal, as Trustee for the Ben-Tal Family Trust, and Aric A. Streit and Mary Streit as Trustees for the Benefit of The Streit Living Trust as Co-Lead Plaintiffs in the above-captioned action and any related actions alleging violations of the securities laws; (iii) approving Movants' selection of the law firms of Milberg LLP ("Milberg") and Law Offices of George A. Shohet, A Professional Corporation ("Shohet") to serve as Co-Lead Counsel in the Securities Actions; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: July 22, 2008

MILBERG LLP
JEFF S. WESTERMAN

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email:  jwesterman@milberg.com

MOTION TO CONSOLIDATE, APPOINT AS CO-LEAD PLAINTFFS AND APPROVE CO-LEAD COUNSEL | - 1 - | CASE NO.  08-cv-1115-DMS -WMC

DOCS\440832v1

| | |
|---|---|
| 1 | MILBERG LLP |
| 2 | Jerome M. Congress |
|   | Kent A. Bronson |
| 3 | One Pennsylvania Plaza, 49th Floor |
|   | New York, NY 10119 |
| 4 | Telephone: (212) 594-5300 |
|   | E-mail: jcongress@milberg.com |
|   |        kbronson@milberg.com |

LAW OFFICES OF GEORGE A. SHOHET,
   A Professional Corporation
GEORGE A. SHOHET
245 Main Street, Suite 310
Venice, CA 90291
(310) 452-3176
E-mailgeorgeshohet@gmail.com

*Proposed Lead Counsel*

| MOTION TO CONSOLIDATE, APPOINT AS CO-LEAD PLAINTFFS AND APPROVE CO-LEAD COUNSEL | - 2 - | CASE NO. 08-cv-1115-DMS -WMC |
|---|---|---|
| DOCS\440832v1 | | |

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 22, 2008, declarant served the AMENDED NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of July, 2008, at Los Angeles, California.

_____
ANN MARIE GENOVESE

| MOTION TO CONSOLIDATE, APPOINT AS CO-LEAD PLAINTFFS AND APPROVE CO-LEAD COUNSEL<br>DOCS\440832v1 | - 3 - | CASE NO. 08-cv-1115-DMS -WMC |
|---|---|---|

*Bank of America Corporation*
**Service List**

*Plaintiffs Counsel:*

Jeff S. Westerman
**MILBERG LLP**
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

Daniel C. Girard
Jonathan K. Levine
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
    jkl@girardgibbs.com

Christopher S. Seeger
Steven A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
    sweiss@seegerweiss.com
    dbuchanan@seegerweiss.com

Shawn Khorrami
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
Email: SKhorrami@kpalawyers.com

George A. Shohet
**LAW OFFICES OF GEORGE A. SHOHET, A PROFESSIONAL CORPORATION**
245 Main Street, Suite 310
Venice, CA 90291
Telephone: (310) 452-3176
Email: georgeshohet@gmail.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714) 7101
Email: siegel@stuevesiegel.com

Eileen L. McGeever
**RUSHALL & MCGEEVER**
6100 Innovation Way
Carlsbad, CA 92009
Telephone: (760) 438-6855
Facsimile: (760) 438-3026
Email: RM@rushallmcgeever.com

1  *Defendants Counsel:*

2  Debra S. Belaga
   Aaron M. Rofkahr
3  **O'MELVENY & MYERS LLP**
   Embarcadero Center West
4  275 Battery Street, Ste. 2600
   San Francisco, CA 94111-3305
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6  Email: dbelaga@omm.com
7         arofkahr@omm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| MOTION TO CONSOLIDATE, APPOINT AS CO-LEAD PLAINTFFS AND APPROVE CO-LEAD COUNSEL | - 5 - | CASE NO.  08-cv-1115-DMS -WMC |
|---|---|---|

DOCS\440832v1