Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SUMNER D. BEARMAN, Individually and on Behalf of All Others Similarly Situated,            Plaintiff

vs

BANK OF AMERICA CORPORATION; BANC OF AMERICA INVESTMENT SERVICES, INC.; and BANC OF AMERICA SECURITIES LLC,

            Defendants.

FILED
PM 4:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1115 J WMc**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

EILEEN L. McGEEVER    SBN 62076        (760) 438-6855
RUSHALL & McGEEVER
6100 INNOVATION WAY
CARLSBAD, CA 92009

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUN 2 3 2008 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| EILEEN L. MCGEEVER, ESQ. (62076)<br>RUSHALL & MCGEEVER<br>6100 INNOVATION WAY<br>CARLSBAD, CA 92009 | | | | |
| Telephone No: 760-438-6855 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of California |

| Plaintiff: SUMNER D. BEARMAN |
|---|
| Defendant: BANK OF AMERICA CORPORATION |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV1115 DMS (WMC) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; MINUTE ORDER OF JUNE 23, 2008

3. a. Party served:      BANC OF AMERICA SECURITIES LLC
   b. Person served:   MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION
                       SYSTEM, REGISTERED AGENT.

4. Address where the party was served:   818 WEST 7TH STREET
                                         2ND FLOOR
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 11:05AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  BANC OF AMERICA SECURITIES LLC
   Under CCP 416.40 (association or partnership)

7. **Person Who Served Papers:**      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                    d. *The Fee* for Service was: $70.06
   b. **FIRST LEGAL SUPPORT SERVICES**   e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.              (i) Independent Contractor
      LOS ANGELES, CA 90071              (ii) Registration No.:    5141
   c. 213-250-1111                       (iii) County:             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jul. 11, 2008

                                                                    (DOUG FORREST)

| Judicial Council Form POS-010 | PROOF OF SERVICE | 936690.rusmc.145940 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMS IN CIV. ACTION | |

| Attorney or Party without Attorney:<br>EILEEN L. MCGEEVER, ESQ. (62076)<br>RUSHALL & MCGEEVER<br>6100 INNOVATION WAY<br>CARLSBAD, CA 92009<br>Telephone No: 760-438-6855 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: SUMNER D. BEARMAN | | | | |
| Defendant: BANK OF AMERICA CORPORATION | | | | |
| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV1115 DMS (WMC) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; MINUTE ORDER OF JUNE 23, 2008

3. a. Party served:               BANK OF AMERICA CORPORATION
   b. Person served:              MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION
                                  SYSTEM, REGISTERED AGENT.

4. Address where the party was served:   818 WEST 7TH STREET
                                         2ND FLOOR
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 11:05AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BANK OF AMERICA CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                              d. *The Fee for Service was:* $30
   b. **FIRST LEGAL SUPPORT SERVICES**          e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                         (i)   Independent Contractor
      LOS ANGELES, CA 90071                         (ii)  Registration No.:    5141
   c. 213-250-1111                                  (iii) County:              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jul. 11, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(DOUG FORREST)

936723.rusmc.145941

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| EILEEN L. MCGEEVER, ESQ. (62076)<br>RUSHALL & MCGEEVER<br>6100 INNOVATION WAY<br>CARLSBAD, CA 92009<br>Telephone No: 760-438-6855 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Southern District Of California | | |
| Plaintiff: SUMNER D. BEARMAN | | |
| Defendant: BANK OF AMERICA CORPORATION | | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV1115 DMS (WMC) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; MINUTE ORDER OF JUNE 23, 2008

3. a. Party served:          BANC OF AMERICA INVESTMENT SERVICES, INC.
   b. Person served:         MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served:   818 WEST 7TH STREET
                                         2ND FLOOR
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 10, 2008 (2) at: 11:05AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: BANC OF AMERICA INVESTMENT SERVICES, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                        d. **The Fee for Service was:** $30
   b. **FIRST LEGAL SUPPORT SERVICES**    e. I am: (3) registered California process server
      1511 W. BEVERLY BLVD.                  (i) Independent Contractor
      LOS ANGELES, CA 90071                  (ii) Registration No.:    5141
   c. 213-250-1111                           (iii) County:             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Jul. 11, 2008

   Judicial Council Form POS-010            PROOF OF SERVICE            (DOUG FORREST)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                       936700.rusmc.145939