SETH ARONSON (S.B. #100153)
saronson@omm.com
DAVID I. HURWITZ (S.B. #174632)
dhurwitz@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Bank of America Corporation, Banc of
America Investment Services, Inc. and Banc
of America Securities LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sumner D. Bearman, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,<br><br>    Defendant. | Case No. 08-CV-1115-DMS-WMC<br><br>JOINT MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC ("Bank of America") to move, answer, or otherwise respond to Plaintiff's Class Action Complaint will be extended to no later than 60 days from the filing of an

1 | amended or consolidated complaint, to be filed after selection of lead plaintiff and

2 | lead counsel pursuant to the provisions of the Private Securities Litigation Reform

3 |

4 | Act.

5 | No prior extension has been requested or granted. A proposed order is

6 | attached.

Dated: July 30, 2008       SETH ARONSON
                           DAVID I. HURWITZ
                           O'MELVENY & MYERS LLP

By: /s/  Seth Aronson
        Seth Aronson
Attorneys for Defendants
Bank of America Corporation, Banc of
America Investment Services, Inc. and
Banc of America Securities LLC

Dated: July 30, 2008

By: /s/  Eileen L. McGeever
        Eileen L. McGeever

_____
EILEEN L. MCGEEVER
(STATE BAR NO. 62076)
1903 WRIGHT PLACE, SUITE 250
CARLSBAD, CA 92008
PHONE: (760) 438-6855
FAX: (760) 438-3026
COUNSEL TO PLAINTIFF SUMNER D. BEARMAN