| | |
|---|---|
| 1 | SETH ARONSON (S.B. #100153) |
| | saronson@omm.com |
| 2 | DAVID I. HURWITZ (S.B. #174632) |
| | dhurwitz@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, CA  90071-2899 |
| | Telephone:   (213) 430-6000 |
| 5 | Facsimile:    (213) 430-6407 |

Attorneys for Defendants
Bank of America Corporation, Banc of
America Investment Services, Inc. and Banc
of America Securities LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sumner D. Bearman, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC,<br><br>　　　　　Defendant. | Case No. 08-CV-1115-DMS-WMC<br><br>**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST** |

　　　Pursuant to Southern District of California Local Rule 40.2, Defendants hereby state that Bank of America Corporation is a publicly traded corporation organized under the laws of the State of Delaware and whose shares are traded on the New York Stock Exchange.  No other publicly traded corporation owns 10% or more of the stock of Bank of America Corporation.  Banc of America Investment Services, Inc. and Banc of America Securities LLC are not publicly traded corporations.  Bank of America Corporation is the only publicly traded corporation that owns a greater than 10% interest in Banc of America Investment Services, Inc.

1  and Banc of America Securities LLC.

3  Dated: July 30, 2008

SETH ARONSON  
DAVID I. HURWITZ  
O'MELVENY & MYERS LLP

By: /s/ David Hurwitz  
David Hurwitz  
Attorneys for Defendants  
Bank of America Corporation, Banc of America Investment Services, Inc. and Banc of America Securities LLC

LA2:866618.1

- 2 -

DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST