1  SETH ARONSON (S.B. #100153)
   saronson@omm.com
2  DAVID I. HURWITZ (S.B. #174632)
   dhurwitz@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
5  Facsimile:    (213) 430-6407

6  Attorneys for Defendants
   Bank of America Corporation, Banc of
7  America Investment Services, Inc. and Banc
   of America Securities LLC
8

9              **UNITED STATES DISTRICT COURT**

10             **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | Sumner D. Bearman, Individually and on Behalf of All Others Similarly Situated, | Case No. 08-CV-1115-DMS-WMC |
13 | | |
14 | Plaintiff, | PROOF OF SERVICE |
15 | v. | |
16 | Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC, | |
17 | | |
18 | Defendant. | |

21
22         I, David Hurwitz, am employed in the County of Los Angeles, State of
23 California.  I am over the age of 18 and not a party to the within action.  My
24 business address is 400 South Hope Street, Los Angeles, California 90071-2899.
25         On July 30, 2008, the following documents:

26
27    **1.    JOINT MOTION AND [PROPOSED] ORDER EXTENDING
             TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
28           COMPLAINT;**

                                                              PROOF OF SERVICE

2. **[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

3. **DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST**

were presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Eileen L McGeever
RM@rushallmcgeever.com'

Jeff S Westerman
jwesterman@milberg.com,schang@milberg.com,cchaffins@milberg.com

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on July 30, 2008, at Los Angeles, California.


      /s/ ____David Hurwitz_____
           David Hurwitz