Eileen L. McGeever, Esq. SBN 62076
Luci M. Montgomery, Esq. SBN 204986
**RUSHALL & McGEEVER**
6100 Innovation Way
Carlsbad, California 92009
(760) 438-6855

Shawn Khorrami, Esq. SBN 180411
**KHORRAMI POLLARD & ABIR LLP**
444 South Flower Street, 33rd Floor
Los Angeles, California 90071
(213) 596-6000

Attorneys for Plaintiffs Sumner D. Bearman,
Individually and on Behalf of All Others
Similarly Situated

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUMNER D. BEARMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANC OF AMERICA INVESTMENT SERVICES, INC.; and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Civil Action No. 08 CV 1115 DMS (WMc)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action without prejudice. A similar federal securities action is currently pending in the Northern District of California entitled *Richard S. Bondar, as Trustee of the Bondar Family Trust Dated 4/1/91 v. Bank of America Corporation, et al.*, No. CV-08-2599 (JSW) (the "Northern District Action"). The plaintiff in the Northern District Action ("Bondar") has been appointed lead plaintiff in that action. Plaintiffs did not object to Bondar's

NOTICE OF VOLUNTARY DISMISSAL                                    08 CV 1115 DMS (WMc)

-2-

appointment as lead plaintiff, nor did Plaintiffs in a third similar federal securities action currently pending in the Central District of California, entitled *Hanoch Ben-Tal as Trustee for the Ben-Tal Family Trust and Aric A. Streit and Mary Streit as Trustees for the Benefit of the Streit Living Trust, Individually and on Behalf of All Others Similarly Situated v. Bank of America, et al.*, No. CV 08-4767 MRP (PLAX). Plaintiffs in *Hanoch Ben-Tal* have served notice of the voluntary dismissal of that case, on the same bases as the notice herein. We dismiss the action here in favor of the action moving forward in the Northern District of California, to the benefit of all class members.

                                                Respectfully submitted,

                                                RUSHALL & McGEEVER

Dated: August 21, 2008                /s/ Eileen L. McGeever
                                                                  Eileen L. McGeever

                                                Eileen L. McGeever
                                                RUSHALL & McGEEVER
                                                6100 Innovation Way
                                                Carlsbad, CA 92009
                                                Telephone: (760) 438-6855
                                                Facsimile: (760) 438-3026

                                                Shawn Khorrami
                                                KHORRAMI POLLARD & ABIR LLP
                                                444 S. Flower Street, 33rd Floor
                                                Los Angeles, CA 90071
                                                Telephone: (213) 596-6000
                                                Facsimile: (213) 596-6010

Eileen L. McGeever, Esq. SBN 62076
Luci M. Montgomery, Esq. SBN 204986
**RUSHALL & McGEEVER**
6100 Innovation Way
Carlsbad, California 92009
(760) 438-6855

Shawn Khorrami, Esq. SBN 180411
**KHORRAMI POLLARD & ABIR LLP**
444 South Flower Street, 33rd Floor
Los Angeles, California 90071
(213) 596-6000

Attorneys for Plaintiffs Sumner D. Bearman,
Individually and on Behalf of All Others
Similarly Situated

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUMNER D. BEARMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANC OF AMERICA INVESTMENT SERVICES, INC.; and BANC OF AMERICA SECURITIES, LLC,<br><br>Defendants. | Civil Action No. 08 CV 1115 DMS (WMC)<br><br>**PROOF OF SERVICE** |

I, Cheryl A. Knoblock, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 6100 Innovation Way, Carlsbad, California 92009.

On August 21, 2008, the following document(s):

    (1)    NOTICE OF VOLUNTARY DISMISSAL

were presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's

1 | rules, the Clerk of the Court will send e-mail notification of such filing to the
2 | following persons:
3 | David I. Hurwitz
dhurwitz@omm.com
4 |
5 | Jeff S. Westerman
jwesterman@milberg.com
6 |     I declare under penalty of perjury under the laws of the State of California
7 | that the foregoing is true and correct.
8 |     Executed on August 21, 2008, at Carlsbad, California.

*[signature]*

Cheryl A. Knoblock